**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRIANNE SULLIVAN, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 1:26-cv-02015-TNM |
| VANGUARD PARKING SOLUTIONS, INC., *et al.* | ) ) ) | Judge Trevor N. McFadden |
| Defendants. | ) ) ) | |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Joseph F. Fiorill of Parker Poe Adams & Bernstein LLP hereby enters his appearance on behalf of Defendant Vanguard Parking Solutions, Inc. in the above-captioned matter.

PARKER POE ADAMS & BERNSTEIN LLP

Dated: June 30, 2026         By:  /s/ Joseph F. Fiorill
Joseph F. Fiorill (D.C. Bar No. 995900)
900 7th Street NW, Suite 700
Washington DC 20001
(202) 854-2819 / (202) 217-2771 (facsimile)
joefiorill@parkerpoe.com

*Counsel for Vanguard Parking Solutions, Inc.*